# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MINTVEST CAPITAL, LTD.,** Plaintiff, on its behalf and derivatively for Energy & Compute, LLC,<br><br>v.<br><br>**ENERGY & COMPUTE, LLC (formerly COINMINT, LLC); ASHTON SONIAT, individually and as Managing Member of ENERGY & COMPUTE, LLC; STONE RIDGE HOLDINGS GROUP, LP; NYDIG TRUST COMPANY; NYDIG MINING LLC; NEW YORK DIGITAL INVESTMENT GROUP, LLC; NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION; MOSES MERGER SUB, LLC; JOHN DOES 1-10,** officers and managers of ENERGY & COMPUTE, LLC,<br>Defendants. | **CIVIL NO.: 25-cv-01346-PAD** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 41(a), DB Mtg. LLC, as Trustee ("DBM"), as purchaser and current owner of the choses in action described below, and ENERGY & COMPUTE LLC (formerly COINMINT, LLC) ("Energy & Compute"), ASHTON SONIAT ("Soniat"), STONE RIDGE HOLDINGS GROUP LP ("Stone Ridge"), NYDIG TRUST COMPANY LLC ("NYDIG Trust"), NYDIG MINING LLC ("NYDIG Mining"), NEW YORK DIGITAL INVESTMENT GROUP LLC ("NYDIG"), NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION ("New York Life"), and MOSES MERGER SUB LLC ("Moses Merger Sub") (collectively, "Defendants"), through their undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on June 27, 2025, Mintvest Capital, Ltd. ("Mintvest") commenced this action by filing a complaint against the Defendants;

**WHEREAS**, on July 2, 2025, the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, in *Coinmint LLC, et al. v. Prieur Leary III, et al.*, issued a writ of execution directing the Sheriff of Miami-Dade County to levy upon the property of Prieur Leary III and Mintvest;

**WHEREAS**, pursuant to that writ, the Sheriff levied upon "all the right, title and interest" of Prieur Leary III and Mintvest in certain choses in action, including: (1) *Mintvest Capital, Ltd. v. NYDIG Trust Company, and all others*, United States District Court, District of Puerto Rico, Case No.: 25-cv-1019 (FAB-MEL); (2) *Mintvest Capital, Ltd. v. Energy Compute LLC*, United States District Court, District of Puerto Rico, Case No.: 25-cv-01346; and (3) *New York Digital Investment, and all others, v. Mintvest Capital LTD*, Superior Court of Delaware, Case ID: N25C-04-185 (collectively, the "Choses in Action");

**WHEREAS**, on September 10, 2025, after public auction conducted at 601 NW 1st Court, 9th Floor, Miami, Florida, the Sheriff sold the Choses in Action to DB MTG LLC, as Trustee, as the highest bidder, and executed a Sheriff's Bill of Sale granting, selling, transferring, and delivering to DBM all right, title, and interest of Mintvest and Prieur Leary III in and to the Choses in Action, which include this action before the Court;

**WHEREAS**, as a result of that sheriff's sale and Bill of Sale, attached to this Stipulation as **Exhibit 1**, DBM became, and remains, the real party in interest with exclusive ownership of the claims that Mintvest previously asserted in this action; and

WHEREAS, DBM, as purchaser and current owner of the Choses in Action, has reached a settlement with the Defendants resolving all claims asserted, or that could have been asserted, in this action, and wishes, pursuant to that settlement, to dismiss this action with prejudice;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** that:

1. **Dismissal With Prejudice.** All claims asserted by Mintvest in this action are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 41(a).

2. **Fees and Costs.** Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action and the settlement described above.

3. **Authority of DBM.** DB MTG LLC, as Trustee, joins in and authorizes this stipulation in its capacity as purchaser and current owner of the Choses in Action and as the real party in interest with respect to the claims dismissed by this stipulation.

4. **No Waiver.** This Stipulation is without prejudice to, or waiver of any position or defense taken by Defendants in this action, including the jurisdictional defenses they have raised.

Dated: November 25, 2025

| *Attorney for DB Mtg. LLC, as Trustee* | *Attorneys for Energy & Compute LLC; Ashton Soniat; Stone Ridge Holdings Group LP; NYDIG Trust Company LLC; NYDIG Mining LLC; New York Digital Investment Group LLC; New York Life Insurance and Annuity Corporation; and Moses Merger Sub LLC* |
|---|---|
| **DMR Law LLC**<br>Capital Center Bldg.<br>Suite 1101<br>San Juan, PR 00918<br>Tel. 787-331-9970<br>j.micheo@dmrpr.com<br>***s/Javier F. Micheo Marcial***<br>USDC-PR No. 305310 | **CASILLAS, SANTIAGO & TORRES, LLC**<br>PO Box 195075<br>San Juan, PR 00919-5075<br>Tel.: (787) 523-3434<br>Fax: (787) 523-3433<br>ndelnido@cstlawpr.com<br>***s/Natalia del Nido-Rodríguez***<br>USDC-PR No. 301410 |