**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

MINTVEST CAPITAL, LTD.,                    **Civ.Num. 3:25-cv-01346 (PAD)**


      Plaintiff,

v.

ENERGY & COMPUTE, LLC, et al.,
      Defendants.

### INFORMATIVE MOTION AS TO MOTION TO CONSOLIDATE

**TO THE HONORABLE COURT:**

    **COMES NOW,** Mintvest Capital, Ltd. (Mintvest), through the undersigned counsel and very respectfully states and prays:

1. In the related case 25-1019 (FAB), Plaintiff has filed a Motion to Consolidate.

2. Plaintiff attaches a copy for the Court's convenience.

    **WHEREFORE,** Mintvest Capital, Ltd very respectfully ask this Honorable Court to take note of the above information.


Respectfully submitted in San Juan, Puerto Rico this 11th day of December 2025.


    **I HEREBY CERTIFY** that I have filed this Motion with the Court's ecf system, which system will notify all counsel of record.


                /s/Jane Becker Whitaker
                USDC205110
                PO Box 9023914
                San Juan, PR 00902-3914
                787.585.3824
                jbw@beckervissepo.com
                janebeckerwhitaker@gmail.com