**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

MINTVEST CAPITAL, LTD.,
     *Plaintiff,*                        **Case No. 3:25-cv-01346 (PAD)**

v.

ENERGY & COMPUTE, LLC, et al.,
     *Defendants.*

**MOTION FOR LEAVE TO FILE REPLY TO OPPOSITION TO MOTION FOR
RECONSIDERATION**

**TO THE HONORABLE COURT:**

**COMES NOW** Mintvest Capital, Ltd., through undersigned counsel, and very respectfully states

and prays:

1. This Court ordered that Defendants and DB Mtg, LLC <u>shall</u> include a discussion

with reference to relevant, on-point legal authorities and case law arising out of analogous

situations, addressing the representations made in the motion at Docket 62." *Id.* (Emphasis

added.)." When it addresses the representations made in Docket 62 at all, Respondents'

Opposition cites to irrelevant off-point legal authorities and case law arising out of

dissimilar situations.

2. Mintvest analyzes the opposition in the attached draft reply and asks this

Court's leave to file it.

**WHEREFORE,** Plaintiff Mintvest Capital, Ltd. respectfully requests that this Court grant

it leave to file the attached Draft Reply to Respondents' Motion for Reconsideration.

Respectfully submitted,


MINTVEST CAPITAL, LTD.

By: /s/JaneBeckerWhitaker___
       Jane Becker Whitaker

USDPR Bar Num. 205110
Counsel for Plaintiff
PO Box 9023914, San Juan, PR
787.585.3824
` janebeckerwhitaker@gmail.com
jbw@beckervissepo.com

Dated: March 10, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Jane Becker Whitaker