EXHIBIT 1

**Motions**

[3:25-cv-01346-PAD Mintvest Capital, Ltd v. Energy & Compute, LLC](#) **CASE CLOSED on 11/26/2025**

CASECLOSED

<hr>

**Pick Filer**

[Collapse All](#)                              [Expand All](#)

**Select the filer.**

**DB Mtg. LLC**   ip

**Energy & Compute, LLC**   dft

**Mintvest Capital, Ltd**   pla

**Moses Merger Sub, LLC**   dft

**NYDIG Mining, LLC**   dft

**NYDIG Trust Company**   dft

**New York Digital Investment Group, LLC**   dft

**New York Life Insurance & Annuity Corporation**

**Ashton Soniat**   dft

**Stone Ridge Holdings Group, LP**   dft

**Select the Party:**       OR       **Select a Group:**

```
DB Mtg. LLC [ip]
Energy & Compute, LLC [dft]
Mintvest Capital, Ltd [pla]
Moses Merger Sub, LLC [dft]
NYDIG Mining, LLC [dft]
NYDIG Trust Company [dft]
New York Digital Investment Group, LLC [dft]
New York Life Insurance & Annuity Corporation [dft]
```

- ◉ No Group
- ◯ All Defendants
- ◯ All Plaintiffs
- ◯ All Parties

**Next**   **Clear**   **New Filer**